AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts |
|---|---|
| DOCKET NO.            DATE FILED | John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |

05 11101 NG

**PLAINTIFF**
ARISTA RECORDS LLC; CAPITOL RECORDS, INC.; BMG MUSIC; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; ATLANTIC RECORDING CORP.; WARNER BROS. RECORDS INC.; LONDON-SIRE RECORDS INC.; and SONY BMG MUSIC ENTERTAINMENT

**DEFENDANT**
DOES 1 - 8

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## Exhibit A

### Doe #1 (129.64.147.34 2005-05-06 03:25:17 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Van Halen | Runnin' With the Devil | Van Halen | 239 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Immortality | Vitalogy | 206-558 |
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| Virgin Records America, Inc. | Ben Harper | Oppression | Fight For Your Mind | 210-135 |



## Exhibit A

### Doe #2 (129.64.167.93 2005-04-30 19:30:23 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Big Willie Style | Big Willie Style | 249-123 |
| Arista Records LLC | Ace of Base | Young And Proud | The Sign | 169-749 |
| UMG Recordings, Inc. | Blink-182 | Anthem | Enema of the State | 279-826 |

05-11101 NG

## Exhibit A

### Doe #3 (129.64.132.24 2005-04-30 12:13:25 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Virgin Records America, Inc. | Shaggy | In The Summertime | Boombastic | 222-048 |
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharmony | 212-333 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Represent | Illmatic | 207-177 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Men in Black | Big Willie Style | 249-123 |

05-11101 NG

## Exhibit A

### Doe #4 (129.64.154.43 2005-04-30 03:34:35 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Radiohead | Idioteque | Kid A | 289-381 |
| UMG Recordings, Inc. | Counting Crows | Goodnight Elisabeth | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |

05 11101 NG

# Exhibit A

## Doe #5 (129.64.132.27 2005-05-04 09:25:54 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| UMG Recordings, Inc. | One Way | Cutie Pie | Who's foolin' who? | 34-505 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |

**Exhibit A**

**Doe #6 (129.64.149.77 2005-05-06 13:10:01 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Battlestar Scralatchtica | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Virgin Records America, Inc. | Ben Harper | By My Side | Fight For Your Mind | 210-135 |

# Exhibit A

## Doe #7 (129.64.158.116 2005-05-06 22:45:15 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | Walk On | All That You Can't Leave Behind | 294-631 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| London-Sire Records Inc. | Tom Tom Club | Genius of Love | Tom Tom Club | 30-019 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | The Story of Beauty | Survivor | 289-199 |
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |

## Exhibit A

## Doe #8 (129.64.153.36 2005-05-08 10:07:44 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Block Lockdown | Word of Mouf | 304-605 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| BMG Music | Busta Rhymes | Pass the Courvoisier | Genesis | 312-547 |
| BMG Music | Busta Rhymes | Bad Dreams | Genesis | 312-547 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Nas Is Like | I Am | 175-149 |